IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

THE CITY OF AMSTERDAM,

                 Plaintiff,

vs.

PURDUE PHARMA, L.P., et al.,

                 Defendant.
_____

Civil Action No.: 1:19-CV-00896-MAD-CFH

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Jillian K. Farrar, Esq., with the law firm of Underberg & Kessler LLP, admitted to the Bar of this Court, hereby enters her appearance as counsel for Defendant, PRIME THERAPEUTICS LLC, in this action.

Dated:  August 7, 2019

                                          Respectfully submitted,

                                          ___*s/Jillian K. Farrar*_____
                                          Jillian K. Farrar, Esq.
                                          UNDERBERG & KESSLER LLP
                                          300 Bausch & Lomb Place
                                          Rochester, New York 14604
                                          Email: jfarrar@underbergkessler.com

                                          *Attorneys for Defendant,*
                                          *PRIME THERAPEUTICS LLC*