# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK
# ALBANY DIVISION

| | |
|---|---|
| THE CITY OF AMSTERDAM, : | |
| : | Case No. 1:19-cv-00896-MAD-CFH |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PURDUE PHARMA L.P.; PURDUE : | **PLAINTIFF'S NOTICE OF** |
| PHARMA INC.; PURDUE FREDERICK : | **MOTION TO REMAND AND** |
| COMPANY, INC.; TEVA : | **AN EXPEDITED HEARING** |
| PHARMACEUTICALS USA, INC.; : | |
| CEPHALON, INC.; JOHNSON & : | |
| JOHNSON; JANSSEN : | |
| PHARMACEUTICALS, INC.; JANSSEN : | |
| PHARMACEUTICA, INC. N/K/A JANSSEN : | |
| PHARMACEUTICALS, INC.; ORTHO- : | |
| MCNEIL-JANSSEN PHARMACEUTICALS, : | |
| INC. N/K/A JANSSEN : | |
| PHARMACEUTICALS, INC.; ENDO : | |
| HEALTH SOLUTIONS INC.; ENDO : | |
| PHARMACEUTICALS, INC.; ALLERGAN : | |
| PLC F/K/A ACTAVIS PLC; ACTAVIS, INC. : | |
| F/K/A WATSON PHARMACEUTICALS, : | |
| INC.; WATSON LABORATORIES, INC.; : | |
| ACTAVIS LLC; ACTAVIS PHARMA, INC. : | |
| F/K/A WATSON PHARMA, INC.; INSYS : | |
| THERAPEUTICS, INC.; MCKESSON : | |
| CORPORATION; CARDINAL HEALTH : | |
| INC.; AMERISOURCEBERGEN DRUG : | |
| CORPORATION; AMERICAN MEDICAL : | |
| DISTRIBUTORS, INC.; BELLCO DRUG : | |
| CORP.; BLENHEIM PHARMACAL, INC.; : | |
| EVEREADY WHOLESALE DRUGS LTD.; : | |
| KINRAY, LLC; PSS WORLD MEDICAL, : | |
| INC.; ROCHESTER DRUG COOPERATIVE, : | |
| INC.; DARBY GROUP COMPANIES, INC.; : | |
| RAYMOND SACKLER FAMILY; : | |
| MORTIMER SACKLER FAMILY; : | |
| RICHARD S. SACKLER; JONATHAN D. : | |
| SACKLER; MORTIMER D.A. SACKLER; : | |
| KATHE A. SACKLER; ILENE SACKLER : | |
| LEFCOURT; BEVERLY SACKLER; : | |

1

| | |
|---|---|
| THERESA SACKLER; DAVID A. SACKLER; RHODES TECHNOLOGIES; RHODES TECHNOLOGIES INC.; RHODES PHARMACEUTICALS L.P.; RHODES PHARMACEUTICALS INC.; TRUST FOR THE BENEFIT OF MEMBERS OF THE RAYMOND SACKLER FAMILY; THE P.F. LABORATORIES, INC.; STUART D. BAKER; PAR PHARMACEUTICAL, INC.; PAR PHARMACEUTICAL COMPANIES, INC.; MALLINCKRODT PLC; MALLINCKRODT LLC; SPECGX LLC; MYLAN PHARMACEUTICALS, INC.; SANDOZ, INC.; WEST-WARD PHARMACEUTICALS CORP. N/K/A HIKMA PHARMACEUTICALS, INC.; AMNEAL PHARMACEUTICALS, INC.; NORAMCO, INC.; JOHN N. KAPOOR; ANDA, INC.; DISCOUNT DRUG MART, INC.; HBC SERVICE COMPANY; MORRIS & DICKSON CO., LLC; PUBLIX SUPERMARKETS, INC.; SAJ DISTRIBUTORS; VALUE DRUG COMPANY; SMITH DRUG COMPANY; CVS HEALTH CORPORATION; RITE AID OF MARYLAND, INC., D/B/A RITE AID MID-ATLANTIC CUSTOMER SUPPORT CENTER, INC.; RITE AID CORP.; WALGREENS BOOTS ALLIANCE, INC.; WALGREEN EASTERN CO.; WALGREEN, CO.; WAL-MART INC.; MIAMI-LUKEN, INC.; THE KROGER CO.; HENRY SCHEIN, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; EXPRESS SCRIPTS HOLDING COMPANY; EXPRESS SCRIPTS, INC.; CAREMARK RX, L.L.C.; CAREMARKPCS HEALTH, L.L.C. D/B/A CVS/CAREMARK; CAREMARK, L.L.C.; CAREMARKPCS, L.L.C.; UNITEDHEALTH GROUP INCORPORATED; OPTUM, INC.; OPTUMRX INC..; PRIME THERAPEUTICS LLC; NAVITUS HOLDINGS, LLC; AND NAVITUS HEALTH SOLUTIONS, LLC, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |
| Defendants. | |

PLEASE TAKE NOTICE that based upon and for the reasons set forth in Plaintiff's *Memorandum of Law in Support of Plaintiff's Motion to Remand*, the *Declaration* of Hunter J. Shkolnik and the *Exhibits* thereto, all of which were filed simultaneously herewith and adopted and incorporated herein, the undersigned counsel for Plaintiff, the City of Amsterdam, will move this Court, before the Honorable Mae A. D'Agostino, at the United States District Court for the Northern District of New York, James T. Foley U.S. Courthouse 445 Broadway, Albany, NY 12207, on September 17, 2019, or as soon thereafter as counsel may be heard, for an *Order* pursuant to 28 U.S.C. 1447 remanding this case to New York State Supreme Court, County of Montgomery, and for all other relief deemed just and proper.

Dated:   Melville, New York
         August 16, 2019

Respectfully submitted,

*/s Hunter J. Shkolnik*
Hunter J. Shkolnik
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road, Suite 305
Melville, New York 11747

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will also transmit a Notice of Electronic Filing to all counsel of record.

*/s/ Hunter J. Shkolnik*
Hunter J. Shkolnik
