## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF AMSTERDAM,<br><br>         Plaintiff,<br><br>    v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>         Defendants. | Civil Action No. 1:19-cv-00896 (MAD/CFH) |

## **STIPULATION REGARDING SERVICE OF THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Napoli Shkolnik PLLC, counsel for plaintiff and counsel for the defendants identified below, represented by the undersigned counsel:

1. A copy of a Summons and the operative Complaint in this action shall be deemed to have been served upon the defendants identified below effective as of July 30, 2019.

2. The defendants identified below hereby waive any objections they may have to the manner of service of the Summons and Complaint in this action; provided, however, that defendants retain all other objections and defenses, including, but not limited to, lack of personal jurisdiction.

3. This Stipulation does not affect any existing dates or deadlines in this action.

6933498.3

2

4. Electronic signatures on this stipulation shall have the same force and effect as original signatures.

Dated: August 22, 2019

| /s/ *Hunter J. Shkolnik*<br>Hunter J. Shkolnik<br>NAPOLI SHKOLNIK PLLC<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>Telephone: (212) 397-1000<br>E-mail: hshkolnik@napolilaw.com<br><br>*Attorneys for Plaintiff* | /s/ *Shawn P. Naunton*<br>Shawn P. Naunton<br>ZUCKERMAN SPAEDER LLP<br>485 Madison Avenue, 10th Floor<br>New York, NY 10022<br>Telephone: (212) 704-9600<br>E-mail: snaunton@zuckerman.com<br><br>Conor B. O'Croinin\*<br>ZUCKERMAN SPAEDER LLP<br>100 E. Pratt Street, Suite 2440<br>Baltimore, MD 21202<br>Telephone: (410) 949-1160<br>E-mail: cocroinin@zuckerman.com<br><br>\*Admitted *pro hac vice*<br><br>*Attorneys for Defendants CVS Health Corporation; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C. d/b/a CVS/Caremark; Caremark, L.L.C.; and CaremarkPCS, L.L.C.* |
| --- | --- |
| /s/ *Michael H. Reed*<br>Michael H. Reed<br>Dina L. Hamerman\*<br>YANKWITT LLP<br>140 Grand Street, Suite 705<br>White Plains, NY 10601<br>Telephone: (914) 686-1500<br>Fax: (914) 801-5930<br>E-mail: michael@yankwitt.com<br>          dina@yankwitt.com<br><br>\*Denotes counsel who will seek *pro hac vice* admission<br><br>*Counsel for Defendants Walgreen Co., Walgreen Eastern Co. and Walgreens Boots Alliance, Inc.* | THOMPSON & KNIGHT LLP<br><br>/s/ *Nicholas S. Davis*<br>Nicholas S. Davis<br>900 Third Avenue, 20th Floor<br>New York, New York 10022<br>Telephone: 212-751-3001<br>Fax: 214-751-3113<br>E-mail: nick.davis@tklaw.com<br><br>Timothy E. Hudson\*<br>Texas State Bar No. 24046120<br>tim.hudson@tklaw.com<br>Janelle L. Davis<br>Texas State Bar No. 24059655<br>E-mail: janelle.davis@tklaw.com |

6933498.3

|  | Mackenzie Salenger*<br>Texas State Bar No. 24102451<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br>Telephone: 214-969-1700<br>Fax: 214-969-1751<br>E-mail:  mackenzie.salenger@tklaw.com<br><br>*Denotes counsel who will seek *pro hac vice* admission.<br><br>*Attorneys for Navitus Holdings, LLC and Navitus Health Solutions, LLC* |
|---|---|
| /s/ *Jillian K. Farrar*<br>Jillian K. Farrar<br>UNDERBERG & KESSLER LLP<br>300 Bausch & Lomb Place<br>Rochester, NY 14604<br>Telephone: (585) 258-2800<br>Fax: (585) 258-2821<br>E-mail: jfarrar@underbergkessler.com<br><br>Robert J. Gilbertson*<br>GREENE ESPEL PLLP<br>222 South Ninth Street, Suite 2200<br>Minneapolis, MN  55402<br>Telephone: (612) 373-0830<br>E-mail: BGilbertson@GreeneEspel.com<br><br>*Denotes counsel who will be seeking *pro hac vice* admission<br><br>*Attorneys for Defendant Prime Therapeutics LLC* | /s/ *Brian A. Herman*<br>Brian A. Herman<br>Kelly A. Moore*<br>Carolyn Silane*<br>Elizabeth Buechner*<br>Morgan Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178-0060<br>Telephone: (212)-309-6909/6612/6734<br>Fax: (212) 309-6001<br>E-mail: brian.herman@morganlewis.com<br>         kelly.moore@morganlewis.com<br>         carolyn.silane@morganlewis.com<br>         elizabeth.buechner@morganlewis.com<br><br>Coleen M. Meehan*<br>Elisa P. McEnroe*<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5892/5917<br>Fax: (215) 963 5001<br>E-mail: coleen.meehan@morganlewis.com<br>            elisa.mcenroe@morganlewis.com<br><br>*Denotes counsel who will be seeking *pro hac vice* admission<br><br>*Counsel for Defendants Rite Aid Corporation and Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer* |

| | |
|---|---|
| | *Support Center* |
| /s/  Michael T.  Ferruggia<br>Michael T.  Ferruggia (*seeking admission to N.D.N.Y.*)<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281-1047<br>Telephone: (212) 326-3939<br>Email: mferruggia@jonesday.com<br><br>Christopher Lovrien*<br>Sarah Conway*<br>JONES DAY<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 243-2567<br>Email: cjlovrien@jonesday.com<br>         sgconway@jonesday.com<br><br>*Denotes counsel who will be seeking *pro hac vice* admission<br><br>*Attorneys for Walmart Inc.[1]* | /s/ *Steven L. Penaro*<br>Steven L. Penaro<br>ALSTON & BIRD LLP<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387<br>Telephone: (212) 210-9400<br>Fax: (212) 210-9444<br>E-mail: steve.penaro@alston.com<br><br>William H. Jordan*<br>Caroline R. Strumph*<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA  30309-3424<br>Telephone:  (404) 881-7000<br>Fax: (404) 881-7777<br>E-mail: bill.jordan@alston.com<br>         Caroline.strumph@alston.com<br><br>Brian D. Boone*<br>ALSTON & BIRD LLP<br>Bank of America Plaza, Suite 4000<br>101 S. Tryon St.<br>Charlotte, NC 28280<br>Telephone: (704) 444-1000<br>Fax: (704) 444-1111<br>E-mail: brian.boone@alston.com<br><br>Kimberly K. Chemerinsky*<br>ALSTON & BIRD LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071-1410<br>Telephone: (213) 576-1000<br>Fax: (213) 576-1100<br>E-mail: kim.chemerinsky@alston.com<br><br>*Denotes counsel who will be seeking *pro hac vice* admission<br><br>*Attorneys for Defendants UnitedHealth* |

---

[1] Plaintiffs erroneously named Wal-Mart Inc. as a defendant in this action.  As of February 1, 2018, Wal-Mart Stores, Inc. became known as Walmart Inc., not Wal-Mart Inc.

4

|  |  |
|---|---|
|  | *Group Incorporated, Optum, Inc., and OptumRx, Inc.)* |
| /s/ *Alexandria E. Swette*<br>Alexandria E. Swette<br>Steven G. Kobre<br>Matthew I. Menchel<br>Alana F. Montas<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 488-1200<br>Fax: (212) 488-1220<br>E-mail: Alexandria.Swette@kobrekim.com<br>          Steven.Kobre@kobrekim.com<br>          Matthew.Menchel@kobrekim.com<br>          Alana.Montas@kobrekim.com<br><br>Adriana Riviere-Badell<br>Florida Bar No. 30572<br>KOBRE & KIM LLP<br>201 South Biscayne Boulevard<br>Suite 1900<br>Miami, Florida 33131<br>Telephone.: (305) 967-6100<br>Fax: (305) 967-6120<br>E-mail: adriana.riviere-badell@kobrekim.com<br><br>Julian W. Park<br>California Bar No. 263501<br>KOBRE & KIM LLP<br>150 California Street, 19th Floor<br>San Francisco, California 94111<br>Telephone: (415) 582-4800<br>Fax: (415) 582-4811<br>E-mail: julian.park@kobrekim.com<br><br>*Attorneys for Defendants Express Scripts Holding Company and Express Scripts, Inc.* |  |

6933498.3